IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01036-BNB

BOB ALLEN CUSTARD,

    Plaintiff,

v.

'CHUCK' TURNER,
(1st NAME UNK) STARK,
W. WILLIAMSON,
(1st NAME UNK) PULLEN,
W. HAYGOOD,
MARIE BAILEY,
MICHAEL MORRISON,
C. CHESTER,
W. MONTGOMERY,
M. DUNLAP,
ROBERT A. HOOD, and
UNITED STATES,

    Defendants.

## ORDER OVERRULING OBJECTION

On July 21, 2006, Plaintiff Bob Allen Custard submitted a document to the Court titled, "Pltf's Combined Objections . . . ," (Objection). In the Objection, he asserts that he should not be required to make the necessary arrangements for his required monthly payments in satisfaction of his $350.00 filing fee. The Court finds that Mr. Custard's Objection is appropriately considered pursuant to 28 U.S.C. § 636(b)(1)(A).

Under § 636(b)(1)(A)

> a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action. A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate's order is clearly erroneous or contrary to law.

The Court finds that Magistrate Judge Boland's July 13, 2006, Order is not clearly erroneous or contrary to law. The Court also finds that Plaintiff's Objection borders on being malicious and abusive. Any future filings by Plaintiff found to be malicious or abusive will subject Plaintiff to sanctions by the Court. Accordingly, it is

ORDERED that Plaintiff's July 21, 2006, Objection to Magistrate Judge Boyd N. Boland's July 13, 2006, Order is overruled.

DATED at Denver, Colorado, this _2_ day of _Aug_, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01036-BNB

Bob A. Custard
Reg. No. 02728-031
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  8-3-06

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk