IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No: 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,

    Plaintiff,

v.

'CHUCK' TURNER,
(1ST NAME UNK) STARK,
W. WILLIAMSON,
(1ST NAME UNK) PULLEN,
W. HAYGOOD,
MARIE BAILEY,
MICHAEL MORRISON,
C. CHESTER,
W. MONTGOMERY,
M. DUNLAP,
ROBERT A. HOOD, and
UNITED STATES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 5 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 8/24/06

BY THE COURT:

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01036-WYD-CBS

Bob Allen Custard
Reg. No. 02228-031
ADX – Florence
PO Box 8500
Florence, CO 81226

Chuck Turner, FNU Stark,
W. Williamson, FNU Pullen,
W. Haygood, Marie Bailey,
Michael Morrison, C. Chester,
W. Montgomery, M. Dunlap,
Robert A. Hood – WAIVER*
Christopher B. Synsvoll
Attorney Advisor
ADX – Florence
**DELIVERED ELECTRONICALLY**

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on Chuck Turner, FNU Stark, W. Williamson, FNU Pullen, W. Haygood, Marie Bailey, Michael Morrison, C. Chester, W. Montgomery, M. Dunlap, Robert A. Hood and to The United States Attorney General, and the United States Attorney's Office:6OMPLAINT FILED 6/1/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  8/25/06

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk