IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,

    Plaintiff(s),

v.

CHUCK TURNER;
(1ST NAME UNKNOWN) STARK;
W. WILLIAMSON;
(1ST NAME UNKNOWN) PULLEN;
W. HAYGOOD;
MARIE BAILEY;
MICHAEL MORRISON;
C. CHESTER;
W. MONTGOMERY;
M. DUNLAP;
ROBERT A. HOOD; and
UNITED STATES,

    Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Order to Clerk To Correct Typographical Error, filed September 9, 2006 (docket #20) is **GRANTED**.  The caption in this case shall be amended to reflect the changes set forth in the Motion.

    Dated:  September 12, 2006