IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER et al.,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Custard's combined "Motion to Withdraw the 12/11/06 Motion for Appointment of Counsel and Motion for Re-Hearing" (filed January 25, 2007) (doc. # 59). Pursuant to the Order of Reference dated August 24, 2006 (doc. # 15) and the memorandum dated January 26, 2007 (doc. # 61), this matter was referred to the Magistrate Judge. The court having reviewed Plaintiff Custards' combined motions, the entire case file, the record of the hearing held on January 19, 2007, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Plaintiff Custard's "Motion to Withdraw the 12/11/06 Motion for Appointment of Counsel (filed January 25, 2007) (doc. # 59) is GRANTED and the Clerk of the Court shall remove this civil action from the list of cases for which counsel may volunteer.

    2.    Plaintiff Custard's Motion for Re-Hearing" (filed January 25, 2007) (doc. # 59) is DENIED.

    DATED at Denver, Colorado, this 26th day of January, 2007.

                                                BY THE COURT:

                                              s/Craig B. Shaffer
                                              United States Magistrate Judge