IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No: 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,

    Plaintiff,

v.

'CHUCK' TURNER,
(1ST NAME UNK) STARK,
W. WILLIAMSON,
(1ST NAME UNK) PULLEN,
W. HAYGOOD,
MARIE BAILEY,
MICHAEL MORRISON,
C. CHESTER,
W. MONTGOMERY,
M. DUNLAP,
ROBERT A. HOOD, and
UNITED STATES,

    Defendants.

## ORDER

THIS MATTER is before the Court on *pro se* Plaintiff's "Objections to the Minute Order of 12/12/06," filed December 20, 2006 (docket #48) AND Plaintiff's "Renewed Motion for Order Referring to the FBI . . . ," filed January 26, 2007 (docket #62). This matter was referred to Magistrate Judge Shaffer by Order of Reference dated September 12, 2006. On December 12, 2006, Magistrate Judge Shaffer entered a Minute Order stating that the deadline for Plaintiff to respond to Defendants' Motion to Dismiss filed on December 11, 2006, is January 2, 2007. *See* 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a), D.C.COLO.LCivR. 72.1(C)(1). Since Plaintiff filed a

timely Objection, I must review the Magistrate Judge's Order to determine whether it is "clearly erroneous or contrary to law" since the nature of the matter is nondispositive. Fed. R. Civ. P. 72(a). "An order is clearly erroneous when the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been made." *Cook v. Rockwell Int'l Corp.*, 147 F.R.D. 237, 242 (D. Colo. 1993). I have reviewed the Minute Order to which Plaintiff objects and I find that it is not clearly erroneous, and that Plaintiff's Objection is wholly without merit and borders on malicious. Therefore, the Minute Order of the United States Magistrate Judge Shaffer, dated December 12, 2006 (docket #40) is **AFFIRMED and ADOPTED**.

Plaintiff has also filed a renewed motion for an Order referring this case to the FBI for investigation (docket #62). Plaintiff previously filed a similar motion that was referred to Magistrate Judge Shaffer, and argued at a hearing before Judge Shaffer on January 19, 2007. Magistrate Judge Shaffer denied Plaintiff's motion by Order dated January 22, 2007, in which he stated that "[a]s the court discussed in colloquy during the January 19, 2007 hearing, Plaintiff Custard has not cited any legal authority giving the court the power to direct the Federal Bureau of Investigation ("FBI") to investigate one of the claims that Plaintiff Custard has raised in this civil action." I find that Plaintiff's renewed motion to refer this matter to the FBI is wholly without merit and should be **DENIED**.

Finally, I note that Plaintiff has been cautioned that he would be subject to sanctions if he continued filing frivolous Objections and motions. I find that Plaintiff's most recent Objection and his renewed motion are frivolous and vexatious. Defendants

have filed a motion to dismiss this case, which is currently pending.  Therefore, the only document Plaintiff may file at this time is his response to the Motion to Dismiss, which is due on or before February 20, 2007.

Accordingly, it is

ORDERED that Plaintiff's "Objections to the Minute Order of 12/12/06," filed December 20, 2006 (docket #48) is **OVERRULED**.  It is

FURTHER ORDERED that Plaintiff's "Renewed Motion for Order Referring to the FBI . . . " filed January 26, 2007 (docket #62) is **DENIED**.  It is

FURTHER ORDERED that the **ONLY** document Plaintiff is permitted to file in this matter at this time is his Response to Defendants' Motion to Dismiss, which is due on or before February 20, 2007.  Any other documents filed by Plaintiff will by summarily **STRICKEN**.

Dated:  January 30, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel