IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Custard's "Motion for Leave for Limited Amendment (to Withdraw One Claim and Dismiss Four Defendants)" (filed February 9, 2007) (doc. # 69). Pursuant to the Order of Reference dated August 24, 2006 (doc. # 15) and the memorandum dated February 9, 2007 (doc. # 71), this matter was referred to the Magistrate Judge. Mr. Custard seeks to withdraw Claim Five of the Complaint and "to dismiss as Defendants as to Claim Five of the Complaint" the United States, (1st Name Unknown) Stark, M. Dunlap, and (1st Name Unknown) Pullen. The court having reviewed Mr. Custard's Motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    Plaintiff Custard's "Motion for Leave for Limited Amendment (to Withdraw One Claim and Dismiss Four Defendants)" (filed February 9, 2007) (doc. # 69) is GRANTED.

    2.    Claim Five of the Complaint (doc. # 3) is WITHDRAWN.

    3.    As Defendants United States, Stark, and Pullen remain named as Defendants in Claims One through Four of the Complaint and Defendant M. Dunlap is named only in Claim Five (*see* Complaint (doc. # 3, at pp. 4-8 of 28)), Defendant M.

Dunlap is hereby DISMISSED from this civil action.

DATED at Denver, Colorado, this 12th day of February, 2007.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge