IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER et al.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff's Combined Motions for: I) Notification - By Order, or Expediently by the Court's Clerk, of the Time Certain of the Deadline for Pltf's Reply Brief to Defendant Williamson's Motion to Dismiss – and – II) Pltf's Motion for Court Enforcement of this Court's 1/22/07 Order of 'Resolution the Issue of Copying Pltf's Exhibits' " (filed March 23, 2007) (doc. # 77).  Pursuant to the Order of Reference dated August 24, 2006 (doc. # 15) and the memorandum dated March 23, 2007 (doc. # 78), this matter was referred to the Magistrate Judge.  The court has reviewed Plaintiff Custard's Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Custard objects to the filing of Defendant Williamson's Motion to Dismiss (doc. # 74) on March 13, 2007.  At the time that the other Defendants filed their Motion to Dismiss (doc. # 38), Williamson had not yet been served in this action.  Williamson filed a Waiver of Service of Summons and Complaint on January 12, 2007.  (*See* doc. # 56). Defendant Williamson's Motion to Dismiss was properly filed within 60 days of service in this civil action.

    On March 19, 2007, the court issued a Minute Order directing that Mr. Custard's response to Defendant Williamson's Motion to Dismiss be filed on or before April 2, 2007.

Finally, Mr. Custard alleges that prison officials are refusing to make copies for him and asks the court to enforce its order made in open court on January 19, 2007 regarding copies for Mr. Custard. As Mr. Custard has not described with specificity what documents he needs copied, the court is unable to make any determination at this time regarding Mr. Custard's request for copies.

In sum, Defendant Williamson's Motion to Dismiss was properly filed within 60 days of service in this civil action, the court has notified Mr. Custard that his response to Defendant Williamson's Motion to Dismiss is due on or before April 2, 2007, and Mr. Custard's request for copies is not sufficiently specific. Accordingly,

IT IS ORDERED that "Plaintiff's Combined Motions for: I) Notification - By Order, or Expediently by the Court's Clerk, of the Time Certain of the Deadline for Pltf's Reply Brief to Defendant Williamson's Motion to Dismiss – and – II) Pltf's Motion for Court Enforcement of this Court's 1/22/07 Order of 'Resolution the Issue of Copying Pltf's Exhibits' " (filed March 23, 2007) (doc. # 77) is DENIED.

DATED at Denver, Colorado, this 28th day of March, 2007.

BY THE COURT:

   s/Craig B. Shaffer     
United States Magistrate Judge