IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Custard's "3rd Renewed Motion for Service of Complaint" (filed July 27, 2007) (doc. # 91). Pursuant to the Order of Reference dated August 24, 2007 (doc. # 15) and the memorandum dated July 27, 2007 (doc. # 92), this matter was referred to the Magistrate Judge. On July 23, 2007, Defendant Hood filed a waiver of service. (*See* doc. # 90). Accordingly,

IT IS ORDERED that Mr. Custard's "3rd Renewed Motion for Service of Complaint" (filed July 27, 2007) (doc. # 91) is DENIED as unnecessary and moot.

DATED at Denver, Colorado, this 27th day of July, 2007.

BY THE COURT:

    s/ Craig B. Shaffer
United States Magistrate Judge