IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER et al.,
    Defendants.

_____

# ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court regarding: (1) Defendant Hood's Motion to Dismiss (filed August 30, 2007) (doc. # 94) and (2) the preliminary Scheduling Conference set October 18, 2007. Pursuant to the Order of Reference dated August 24, 2007 (doc. # 15) and the memorandum dated September 20, 2007 (doc. # 96), these matters are before the Magistrate Judge.

    Defendant Hood filed his Motion to Dismiss before the district judge's September 26, 2007 ruling on the June 25, 2007 Recommendation of Magistrate Judge. Since the filing of Defendant Hood's Motion to Dismiss, Claim One has been dismissed and Claims Three and Four remain. Defendant Hood is not named in Claim Four. The court will also proceed to address Claim Two pursuant to the Eighth Amendment. (*See* Mr. Custard's "Notice" (filed October 4, 2007) (doc. # 101)). Also, Defendant Hood's Motion is almost a verbatim reproduction of the June 25, 2007 Recommendation and is not particularly helpful to the court.

    Further, the parties have requested postponement of the preliminary Scheduling Conference set October 18, 2007 in order to pursue settlement discussions.

    Accordingly, IT IS ORDERED that:

    1.    Defendant Hood's Motion to Dismiss (filed August 30, 2007) (doc. # 94) is

DENIED WITHOUT PREJUDICE.

2.     On or before November 30, 2007, Defendant Hood may file an Answer or a renewed motion to dismiss that is more narrowly tailored to the current posture of the case.

3.     The preliminary Scheduling Conference set October 18, 2007 is hereby RESET to Thursday, November 29, 2007 at 10:00 a.m. and converted to a Preliminary Scheduling Conference and/or Settlement Conference.  Mr. Custard and/or his case manager shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.

4.     The court has repeatedly warned Mr. Custard that it will not entertain his impertinent filings.  Mr. Custard's "Response to Defendant Hood's Motion to Dismiss" (doc. # 100) is STRICKEN based on its impertinent content.

DATED at Denver, Colorado, this 17th day of October, 2007.

BY THE COURT:

   s/ Craig B. Shaffer
United States Magistrate Judge