IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER,
(1ST NAME UNKNOWN) STARK,
W. WILLIAMSON,
W. MONTGOMERY, and
ROBERT A. HOOD,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

This civil action came before the court on November 29, 2007 and November 30, 2007 for a preliminary Scheduling Conference and Settlement Conference. (*See* Courtroom Minutes/Minute Orders (docs. # 106 and # 108)). Based upon those proceedings, the court sets the following schedule:

**Cutoff for written discovery:**    March 30, 2008.

**Dispositive Motions deadline:**    April 30, 2008.

**Interrogatories, Requests for Production of Documents, and Requests for Admission shall be served no later than February 23, 2008.**

**Plaintiff shall be limited to twenty five (25) interrogatories and twenty five (25) requests for production for each Defendant.**

**The collective Defendants shall be limited to twenty five (25) interrogatories and twenty five (25) requests for production.**

**Should any party wish to conduct expert discovery, he shall so advise the court on or before March 30, 2008 and the court will set deadlines as necessary.**

1

DATED at Denver, Colorado, this 30th day of November, 2007.

BY THE COURT:


   s/ Craig B. Shaffer
United States Magistrate Judge