IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER,
(1ST NAME UNKNOWN) STARK,
W. WILLIAMSON,
W. MONTGOMERY, and
ROBERT A. HOOD,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Custard's "Motion for Ruling on November 29, 2007 on Applicability, or Inapplicability, of Title 18 U.S.C. § 3626 upon any Settlement in either and/or both of the above Ref'd Cases -- and that all Counsels and Parties Come to the 11/29/07 Scheduled Settlement Conference [slash Preliminary Scheduling Conference] prepared to Concede Pltf's Position or to Argue their own Position [sic]" (filed December 3, 2007) (doc. # 111). Pursuant to the Order of Reference dated August 24, 2007 (doc. # 15) and the memorandum dated December 3, 2007 (doc. # 112), this matter was referred to the Magistrate Judge.

Mr. Custard discussed these issues at the preliminary Scheduling Conference and Settlement Conference held on November 29, 2007 and November 30, 2007. (*See* Courtroom Minutes/Minute Orders (docs. # 106 and # 108)). The case did not settle and the court set a schedule. (*See* Order (doc. # 109)). Based upon those proceedings,

IT IS ORDERED that Mr. Custard's "Motion for Ruling on November 29, 2007 . . . " (filed December 3, 2007) (doc. # 111) is DENIED as moot.

1

DATED at Denver, Colorado, this 3rd day of December, 2007.

BY THE COURT:


　s/ Craig B. Shaffer　　
United States Magistrate Judge