IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Custard's "Motion for Issuance of Subpoenas" (filed December 13, 2007) (doc. # 117). Pursuant to the Order of Reference dated August 24, 2006 (doc. # 15) and the memorandum dated December 13, 2007 (doc. # 118), this matter was referred to the Magistrate Judge.

Mr. Custard asks the court to issue twelve subpoenas to the Defendants and others. (*See* doc. # 117 at p. 1 of 2). Mr. Custard has not adequately explained the necessity for the requested subpoenas. For example, Mr. Custard has not explained why he requests subpoenas be issued to the Defendants, has not adequately identified the entities for which he seeks subpoenas, has not provided adequate addresses for the entities, and has not adequately described the materials he seeks. Accordingly,

IT IS ORDERED that Mr. Custard's "Motion for Issuance of Subpoenas" (filed December 13, 2007) (doc. # 117) is DENIED.

1

DATED at Denver, Colorado, this 14th day of December, 2007.

BY THE COURT:


　　s/Craig B. Shaffer
United States Magistrate Judge