IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER, et al.
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Custard's "Motion for Appt. [sic] of Counsel or in the Alternative for Injunction of ADX BOP Staff . . ." (filed December 14, 2007) (doc. # 120). Pursuant to the Order of Reference dated August 24, 2006 (doc. # 15) and the memorandum dated December 14, 2007 (doc. # 121), this matter was referred to the Magistrate Judge. In light of the court's Order placing this case on the list of cases for which counsel may choose to volunteer (*see* doc. # 122), Mr. Custard's Motion is moot. Accordingly,

    IT IS ORDERED that Mr. Custard's "Motion for Appt. [sic] of Counsel or in the Alternative for Injunction of ADX BOP Staff . . ." (filed December 14, 2007) (doc. # 120) is DENIED as moot.

    DATED at Denver, Colorado, this 17th day of December, 2007.

                      BY THE COURT:

                         s/Craig B. Shaffer
                         United States Magistrate Judge

1