**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

Civil Action No.: 06-cv-01036-WYD-CBS          FTR - Reporter Deck - Courtroom A402
Date:  January 30, 2008                         Courtroom Deputy:  Ben Van Dyke

BOB ALLEN CUSTARD,                              *Pro se*, via telephone

    **Plaintiff,**

    v.

CHUCK TURNER, *et al.*,                         J. Benedict Garcia
                                                Ben Brieschke
    **Defendants.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTIONS HEARING**
**Court in Session:      1:30 p.m.**
Court calls case.  Appearances of defense counsel and *pro se* plaintiff.

The pending motions are discussed.

**ORDERED:**  **Plaintiff's oral motion to withdraw his Motion to for Leave to take Depositions [filed December 21, 2007; doc. 124] is granted.  The motion (doc. 124) is hereby withdrawn without prejudice.**

**ORDERED:**  **The Motion Requesting Court Order to Have Some BOP/ADX Prison Official Read to him the Order he Received (Non-Legal) Mail on 12/12/07 [filed January 2, 2008; doc. 127];   The Motion for Order for a Non-Party Person to Read the Order Received 12/19/07 via Non-Legal Mail [filed January 2, 2008; doc. 130]; and MOTION for Order for a Non-Party Person to Read the Order Received 12/19/07 via Non-Legal Mail [filed  January 22, 2008; doc. 136] are granted for the reasons stated on the record.  Counsel for BOP, Ben Brieschke, shall read the designated legal documents to plaintiff by close of business on February 4, 2008.**

**ORDERED:** The Motion for Court Order Enjoining the Court's Clerk from Sending the Court's Legal Mail (orders etc) to BOP/ADX Personnel Instead of Me by Plaintiff [filed January 2, 2008; doc. 128] is granted for the reasons stated on the record.

**ORDERED:** The Motion for Emergency Order and/or in the Alternative Emergency Evidentiary Hearing [filed January 2, 2008; doc. 129] is denied in part and taken under advisement in part for the reasons stated on the record. The request for emergency evidentiary hearing is denied and the Motion for Emergency Order is taken under advisement.

**ORDERED:** Plaintiff's Renewed and Combined Request (MOTION) for Order for Subpoenas, Response to Plaintiff's 12/05/07 Motion and Ruling on Court's 17, Oct 2007 Order [filed January 2, 2008; doc. 131] is denied without prejudice for the reasons stated on the record.

**ORDERED:** Plaintiff's Renewed Motion to Appoint Counsel [filed January 22, 2008; doc. 137] is denied for the reasons stated on the record.

**ORDERED:** The discovery deadline is extended to May 30, 2008 and the dispositive motion deadline is extended to June 30, 2008. All written discovery must be served by April 28, 2008.

HEARING CONCLUDED.

**Court in recess:** 3:10 p.m.
Total time in court: 01:40