IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER, et al.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) Defendants' Status Report (filed February 8, 2008) (doc. # 143); and (2) Mr. Custard's "Request to Withdraw the 'Letter of Appeal to C.J. for Needed Administrative Intervention' (of 01/03/08)" (filed February 11, 2008) (doc. # 144). Pursuant to the Order of Reference dated August 24, 2006 (doc. # 15) and the memoranda dated January 14, 2008 (doc. # 135) and February 12, 2008 (doc. # 145), these matters were referred to the Magistrate Judge. The court held a hearing on these and other matters on January 30, 2008. The court now being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Mr. Custard's "Request to Withdraw the 'Letter of Appeal to C.J. for Needed Administrative Intervention' (of 01/03/08)" (filed February 11, 2008) (doc. # 144) is GRANTED.

    2.    Mr. Custard's "Letter of Appeal to Chief Judge for Needed Administrative Intervention" (filed January 14, 2008) (doc. # 134) (docketed by

1

the Clerk of the Court as "Motion for Leave to Appear before Chief Judge for Needed Administrative Intervention") is WITHDRAWN.

3. In light of Defendants' Status Report, Mr. Custard's "Motion for Emergency Injunction . . ." (filed January 2, 2008) (doc. # 129) is hereby MOOT.

DATED at Denver, Colorado, this 12th day of February, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge