IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER, et al.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on several matters pursuant to the Order of Reference dated August 24, 2006 (doc. # 15) and the memoranda dated March 11, 2008 (doc. # 161), March 10, 2008 (doc. # 159), March 6, 2008 (doc. # 157), and February 22, 2008 (doc. # 150). The court having reviewed the pending matters and the entire case file, IT IS ORDERED that:

    1. A hearing on all pending matters is set on **Monday March 31, 2008 at 1:30 p.m.** before Magistrate Judge Shaffer in Courtroom A-402, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    2. The parties may present evidence at the hearing as they deem necessary.

    3. Mr. Custard shall attend the hearing by video conference. The video conference shall be arranged under the supervision of Ms. Teresa Montoya, attorney for the Bureau of Prisons, and/or other necessary Bureau of Prison employees.

DATED at Denver, Colorado, this 12th day of March, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge