IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER, et al.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Custard's "Motion for Amendment to, or Stipulation on the Court's Minute Order of April 03, 2008" (filed April 17, 2008) (doc. # 172). Pursuant to the Order of Reference dated August 24, 2006 (doc. # 15) and the memorandum dated April 17, 2008 (doc. # 173), this matter was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file,

    IT IS ORDERED that Mr. Custard's "Motion for Amendment to, or Stipulation on the Court's Minute Order of April 03, 2008" (filed April 17, 2008) (doc. # 172) is GRANTED to the extent that Mr. Custard may attend via telephone the hearing set on **Tuesday, April 29, 2008 at 1:30 p.m.** and DENIED to the extent that the court does not have the authority to modify any Bureau of Prison rules or regulations governing inmate participation in a telephone conference.

1

DATED at Denver, Colorado, this 18th day of April, 2008.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge