**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 06-cv-01036-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: April 29, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| BOB ALLEN CUSTARD, | *Pro se*, via telephone |
| **Plaintiff,** | |
| v. | |
| CHUCK TURNER, *et al.*, | Mark S. Pestal |
| | Ben Brieschke, via telephone |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:** 1:31 p.m.
Court calls case. Appearances of defense counsel and *pro se* defendant.

**ORDERED:** Plaintiff's Motion for Contempt [filed February 22, 2008; doc. 148] is denied for the reasons stated on the record.

**ORDERED:** Plaintiff's Motion to Have This Court's Order of 02/26/08 Read to Him or be Provided With Enlarged Readable Copies [filed March 6, 2008; doc. 155] is denied as moot.

**ORDERED:** Plaintiff's Motion for Notification to the Court that Plaintiff Still Seeks and Needs Volunteer Counsel [filed March 7, 2008; doc. 158] is denied as moot.

**ORDERED:** Plaintiff's Motion to Have Read to Him the Two Mailings from the Court and Renewed Motion for Contempt [filed March 10, 2008; doc. 160] are denied. The Motion for Contempt is denied for the reasons stated on the record and the Motion to Have Mailings Read is denied as moot.

**ORDERED:** Plaintiff's Motion to Have This Action Put Back on the List to Which Attorneys May Volunteer [filed April 2, 2008; doc. 166] is granted for the reasons stated on the record.

**ORDERED:** All discovery in this case is *Stayed* until July 28, 2008.  The discovery and dispositive motion deadlines are vacated.

**ORDERED:** The BOP no longer needs to read documents or enlarge documents for plaintiff.

**ORDERED:** Status Conference set for July 28, 2008 at 10:00 a.m.

HEARING CONCLUDED.

**Court in recess:** 3:04 p.m.
Total time in court: 01:33