IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER,
(1ST NAME UNKNOWN) STARK,
W. WILLIAMSON,
C. CHESTER,
W. MONTGOMERY, and
ROBERT A. HOOD,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Custard's "Motion to Have Action Put Back on the List to which Attorneys May Volunteer" (filed April 2, 2008) (doc. # 166) (internal quotation marks omitted). Pursuant to the Order of Reference dated August 24, 2006 (doc. # 15) and the memorandum dated February 22, 2008 (doc. # 150), this matter was referred to the Magistrate Judge. The court has reviewed Mr. Custard's Motion, the entire case file, the presentations made at the hearing held on April 29, 2008, and the applicable law and is sufficiently advised in the premises.

    While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in its discretion the court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The court may request legal counsel for Mr. Custard

1

by placing this case on the list of cases for which counsel may choose to volunteer. The court will direct that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer.

The court also has the inherent authority to control its docket, which includes the power to stay cases in the interests of judicial economy. *United Steelworkers of America v. Oregon Steel Mills, Inc.*, 322 F.3d 1222, 1227 (10th Cir. 2003). "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936).

Accordingly, IT IS ORDERED that:

1. Mr. Custard's "Motion to Have Action Put Back on the List to which Attorneys May Volunteer" (filed April 2, 2008) (doc. # 166) is GRANTED.

2. The Clerk of the Court shall place this case on the list of cases for which counsel may choose to volunteer.

3. All discovery is hereby STAYED for ninety days.

4. A status conference is set on July 28, 2008 at 10:00 a.m. Mr. Custard or his case manager shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.

DATED at Denver, Colorado, this 30th day of April, 2008.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge