IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,

    Plaintiff,

v.

CHUCK TURNER;
(1ST NAME UNKNOWN) STARK;
W. WILLIAMSON;
W. MONTGOMERY; and
ROBERT A. HOOD;

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's "Motion for Order of Record" (*doc. no. 181*) and Plaintiff's "Motion for Order for Further Record by Defense Counsels" (*doc. no. 182*) are **DENIED**.

**DATED:**    May 20, 2008