IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,

    Plaintiff,

v.

CHUCK TURNER;
(1ST NAME UNKNOWN) STARK;
W. WILLIAMSON;
(1ST NAME UNKNOWN) PULLEN;
W. HAYGOOD;
MARIE BAILEY;
MICHAEL MORRISON;
C. CHESTER;
W. MONTGOMERY;
M. DUNLAP;
ROBERT A. HOOD; and
UNITED STATES,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulated Motion to Dismiss [doc. #213] filed by the parties on November 25, 2008, it is hereby

ORDERED that this action is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

Dated: November 25, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE