IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01036-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CHUCK" TURNER,
(1ST NAME UNKNOWN) STARK,
W. WILLIAMSON,
W. MONTGOMERY, and
ROBERT A. HOOD,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Custard's "Motion for a Writ of Execution and/or for a Court Order to Enforce a Judgment for the Payment of Money" (filed February 6, 2009) (doc. # 217). Pursuant to the Order of Reference dated August 24, 2006 (doc. # 15), the motion is before the Magistrate Judge. In light of the filing of the "Receipt and Satisfaction of Judgment" (*see* doc. # 219),

    IT IS ORDERED that Mr. Custard's "Motion for a Writ of Execution and/or for a Court Order to Enforce a Judgment for the Payment of Money" (filed February 6, 2009) (doc. # 217) is DENIED as moot.

    DATED at Denver, Colorado, this 18th day of February, 2009.

1

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge